Salvador J. LENTINI, individually and as Marshal of the City of Kenner

v.

The CITY OF KENNER, Edward D'Gerolamo, Mayor, Raymond Dupepe, Leho Mancuso, Michael Damiano, Joseph Yenni and Anthony Bertolino, Aldermen of the City of Kenner, individually and in their official capacities.

No. 48956.

Nov. 2, 1967.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

■

204 So.2d 579

Paul E. PERRY

v.

BALTIMORE CONTRACTORS, INC., et al.

No. 48965.

Dec. 13, 1967.

Writ refused. On the facts found by the Court of Appeal the result reached is correct.

McCALEB, J., is of the opinion that a limited writ of review should be granted to consider the charge that the quantum of damages is excessive.

SUMMERS, J., is of the opinion a writ should be granted, limited to the question of quantum for there is no finding of fact on that issue.

■

204 So.2d 579

MITCHELL LULICH CONSTRUCTION COMPANY, Inc.

v.

Mrs. Edith BALLAY.

No. 48992.

Dec. 13, 1967.

Writs refused. There appears no error of law in the ruling complained of.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.